# M A N D A T E

TO THE COUNTY COURT AT LAW NO. 8 of HIDALGO COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 3rd day of September, 2015, the cause upon appeal to revise or reverse your judgment between

The State of Texas,                                                                                          Appellant,

v.

Alfredo Zuniga Gonzalez                                                                              Appellee.

CAUSE NO. 13-14-00153-CR                                          (Tr.Ct.No. CR-05-4054-H)

was determined; and therein our said Court made its order in these words:

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the order of the trial court granting Gonzalez's application for writ of habeas corpus should be reversed and rendered. The Court orders the order of the trial court REVERSED and RENDERS judgment that Gonzalez's guilty plea is reinstated. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

September 3, 2015.

★ ★ ★ ★ ★ ★ ★

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof affixed, at the City of Edinburg, Texas this 17th day of November, 2015.

*Dorian E. Ramirez*

Dorian E. Ramirez, CLERK